IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:21CR303 |
| | § | Judge Jordan |
| JUAN CARLOS REALES BRITTO (4) | § | |

**FACTUAL BASIS**

The defendant, **Juan Carlos Reales Britto**, hereby stipulates and agrees that at all times relevant to the First Superseding Indictment herein, the following facts were true:

1.  That the defendant, **Juan Carlos Reales Britto**, who is changing his plea to guilty, is the same person charged in the First Superseding Indictment.

2.  That **Juan Carlos Reales Britto** and one or more persons in some way or manner made an agreement to commit the crime charged in the First Superseding Indictment, to manufacture and distribute 450 kilograms or more of a mixture or substance containing adetectable amount cocaine intending, knowing, and with reasonable cause to believe that the cocaine will be unlawfully imported into the United States.

3.  That **Juan Carlos Reales Britto** knew the unlawful purpose of the agreement and joined in it with the intent to further it.

4.  That **Juan Carlos Reales Britto** knew that the amount involved during the term of the conspiracy involved 450 kilograms or more of a mixture or substance

Factual Basis
Page 1

containing a detectable amount of cocaine. This amount was involved in the conspiracy after the defendant entered the conspiracy, was reasonably foreseeable to the defendant and was part of jointly undertaken activity.

<u>**DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT**</u>

5.    I have read this Factual Basis and the First Superseding Indictment and have discussed them with my attorney. I fully understand the contents of this Factual Basis and agree withoutreservation that it accurately describes the events and my acts.

Dated: ____7/9/26____    _____

JUAN CARLOS REALES BRITTO
Defendant

<u>**COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT**</u>

6.    I have read this Factual Basis and the First Superseding Indictment and have reviewed themwith my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the First Superseding Indictment.

Dated: ____7/9/26____    _____

GAYLON RIDDELS
Attorney for the Defendant

Factual Basis
Page 2